**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CAMERON G. ROUPE, | No. 15-35063 |
| Plaintiff-Appellant, | D.C. No. 2:13-cv-02131-JCC |
| v. | |
| JAMES STRICKLAND and ADAM VEACH, | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Western District of Washington
John C. Coughenour, District Judge, Presiding

Argued and Submitted May 19, 2017
Seattle, Washington

Before: HAWKINS, GOULD, and PAEZ, Circuit Judges.

In this 42 U.S.C. § 1983 action, Cameron Roupe appeals the adverse summary judgment grant to Officers James Strickland and Adam Veach. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

**1.** Summary judgment was correctly granted to Officer Strickland on Roupe's excessive force claim. Despite a liberal construction of his filings, Roupe did not show that the circumstances of the tasing were genuinely in dispute for summary judgment purposes. *See Thomas v. Ponder*, 611 F.3d 1144, 1149-50 (9th Cir. 2010). Based on the undisputed material facts, Officer Strickland's use of force was objectively reasonable, and he was thus entitled to qualified immunity. *See Kingsley v. Hendrickson*, 135 S. Ct. 2466, 2472-73 (2015); *Bryan v. MacPherson*, 630 F.3d 805, 823 (9th Cir. 2010).

**2.** Officer Veach was also entitled to qualified immunity because Roupe did not allege or show facts that Officer Veach violated Roupe's constitutional rights by not reporting the tasing. *See Bryan*, 630 F.3d at 823. Accordingly, summary judgment was correctly granted to Officer Veach.

**3.** As for Roupe's claim that Officers Strickland and Veach unlawfully failed to seek medical attention for him after the tasing, Roupe did not present evidence to establish a genuine issue of material fact that the Officers were deliberately indifferent to a serious medical need. *See Castro v. County of Los Angeles*, 833 F.3d 1060, 1067-68 (9th Cir. 2016) (en banc); *Jett v. Penner*, 439 F.3d 1091, 1096 (9th Cir. 2006). Accordingly, this claim fails as well.

**4.** The panel deems abandoned Roupe's claim that the district court erroneously ruled on the Defendants' Motion for Summary Judgment as if it were a motion to dismiss. *See United States v. Loya*, 807 F.2d 1483, 1487 (9th Cir. 1987) ("Issues raised in a brief which are not supported by argument are deemed abandoned."). Finally, Roupe waived his remaining Washington state law claims by not renewing them on appeal. *See Miller v. Fairchild Indus., Inc.*, 797 F.2d 727, 738 (9th Cir. 1986).

**AFFIRMED.**